IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MICHAEL BURDETTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05-CV-2129-B/V |
| | ) |
| LOWE'S HOME IMPROVEMENT WAREHOUSE, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon the consent of the parties as is evidenced by the signatures below and upon the statement of Michael Burdette, *pro se*, and counsel for the Defendant that all matters in controversy among the parties have been resolved, it appears to the Court that this action filed against the Defendant should be dismissed with prejudice.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that this action is hereby **DISMISSED**, with prejudice, with each party to bear its own costs.

JUDGE

DATE: 12/13/06

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-14-05



CONSENTED TO AND APPROVED BY:

_____
John S. Golwen (BPR #14324)
Clarence A. Wilbon (BPR #23378)
BASS BERRY & SIMS, PLC
100 Peabody Place, Suite 900
Memphis, TN 38103
(901) 543-5900

Attorneys for Defendant

_____
Michael C. Burdette, *pro se*
4114 Misty Forest Cove
Memphis, TN 38125

5116354v.3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CV-02129 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

---

Michael Burdette
4114 Misty Forest Cove
Memphis, TN 38125

Clarence A. Wilbon
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT