UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ O.C.
05 DEC 15 AM 10: 47

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

MICHAEL BURDETTE,

    Plaintiff,

v.

LOWE'S HOME IMPROVEMENT WAREHOUSE,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NO: 2:05cv2129-B

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal With Prejudice entered on December 14, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_/s/ J. Daniel Breen_
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

12/15/05
Date

THOMAS M. GOULD
Clerk of Court

_/s/ Earline Drayer_
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-16-05

(16)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CV-02129 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Michael Burdette
4114 Misty Forest Cove
Memphis, TN 38125

Clarence A. Wilbon
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT